# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 8, 2010

138725

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

UNIVERSITY OF MICHIGAN REGENTS,
      Plaintiff-Appellant,

v

AUTOMOBILE CLUB INSURANCE
ASSOCIATION,
      Defendant-Appellee.

SC: 138725
COA: 281917
Jackson CC: 06-005897-NF

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2010

_____
Clerk

p1005